[No. 7438.]

QUESTIONS PROPOUNDED BY THE GOVERNOR IN RE PRO-
POSED AMENDMENTS TO THE CONSTITUTION AND
INITIATIVE AND REFERENDUM MEASURES.

**Constitutional Law—Executive Questions—**Under sec. 3, art.
6 of the constitution, a question proposed by the governor as to
the constitutionality of a pending bill, in case it shall pass the
two houses of the general assembly, is premature.

Mr. HARRY B. TEDROW and Mr. JOHN H. GABRIEL
argued for the constitutionality of the proposed legis-
lation.

Mr. CHARLES A. HAINES *contra.*

Hon. BEN GRIFFITH, attorney general, was heard
as *amicus curiae.*

Opinion *per curiam:*

The opinion of the court is in response to a com-
munication and interrogatories from the governor:

The questions propounded to the court by the
chief executive are the same as those heretofore sub-
mitted by the house of representatives, and which we
answered *In re House Resolution No. 10.* As the
purpose of the governor is thereby accomplished,
futher answer is unnecessary. Our jurisdiction,
however, is not properly invoked by this request.
The governor, under our constitution, has a duty to
perform with reference to legislation, in that he may
approve or veto an enacted bill. But the occasion
for the exercise of this function does not arise until
after the bill has been passed by both houses of the
general assembly. The bill in question, not having,
as yet, passed either house, it would seem that the
governor's questions are premature.

We are constrained, therefore, respectfully to
request that the interrogatories be withdrawn.